UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION,<br><br>Plaintiff,<br>v.<br><br>HBA CAST PRODUCTS CO., INC.,<br><br>Defendant, and<br><br>FLEET NATIONAL BANK, CITIZENS BANK, and SOVEREIGN BANK<br><br>Trustee Process Defendants | Civil Action No. 03-CV-30282-MAP |

## PLAINTIFF'S MOTION FOR SHORT ORDER OF NOTICE

Plaintiff General Electric Capital Corporation ("GE Capital") moves for an order of notice scheduling a hearing on plaintiff's Motion for an Attachment of Real and Personal Property, an Attachment of Trustee Process, and a Preliminary Injunction at 11:00 a.m. on Monday, December 29, 2003.

In support of its motion, GE Capital relies on its Motion for an Attachment of Real and Personal Property, an Attachment of Trustee Process, and a Preliminary Injunction, the Verified Complaint, and the affidavit of Steven J. Buttacavoli.

~BOST1:291616.v1

                                                GENERAL ELECTRIC CAPITAL CORPORATION

                                                By its attorneys,

                                                /s/ Steven J. Buttacavoli

                                                _____
                                                C. Dylan Sanders (BBO # 630668)
                                                Steven J. Buttacavoli (BBO # 651440)
                                                PIPER RUDNICK LLP
                                                One International Place, 21st Floor
                                                Boston, MA  02110-2600
                                                (617) 406-6000

Dated: December 23, 2003

- 2 -

## CERTIFICATE OF SERVICE

    I, Steven J. Buttacavoli, hereby certify that hereby certify that no counsel has entered an appearance on behalf of defendant HBA Cast Products, Inc. ("HBA").  I have this 23rd day of December, 2003, served the foregoing by delivering it by overnight delivery, signature required, to HBA.

## RULE 7.1 CERTIFICATE

    I, Steven J. Buttacavoli, hereby certify that no counsel has entered an appearance on behalf of HBA.  Furthermore, in-house counsel at plaintiff General Electric Capital Corporation has attempted to contact HBA directly to resolve the issues that are the subject of this motion, but has been unable to speak with anyone at HBA.

    /s/ Steven J. Buttacavoli
    _____
    Steven J. Buttacavoli