AO 440 (Rev. 10/93) Summons in a Civil Action

*Luigi Barbieri accounts recvbl pymnt arr* 12/1

# UNITED STATES DISTRICT COURT

District of _____

GENERAL ELECTRIC CAPITAL CORPORATION,

V.

HBA CAST PRODUCTS CO., INC.,

**SUMMONS IN A CIVIL CASE**

CASE

# 03 - 30282 - MAP

TO: (Name and address of Defendant)

HBA Cast Products Co., Inc.
262 Liberty Street
Springfield, MA 01104



**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

C. Dylan Sanders
Piper Rudnick LLP
One International Place, 21st Floor
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                11/21/03
CLERK                                                         DATE

_____
(By) DEPUTY CLERK

### RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE |
|---|---|
| | December 9, 2003 |

| NAME OF SERVER | TITLE |
|---|---|
| RAVI PAHUJA | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at:_____, MASSACHUSETTS

☒ Other:   By handing true and attested copies thereof to __Ms. Luigiana Barbieri, Accounts Payable Secretary and__

Duly Authorized Agent for the within-named _____ **Defendant, HBA Cast Products Co., Inc.**_____

Said service was made at:

_____ **262 Liberty Street, Springfield** _____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 77.00 | $ 77.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ December 9, 2003 _____      *[signature: Ravi Pahuja]*
            Date                                    Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | ALSO SERVED: | $_____.00 |
| | | - CIVIL ACTION COVER SHEET | $_____.00 |
| | | - CIVIL CATEGORY SHEET | $_____.00 |
| | | - VERIFIED COMPLAINT | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |

**DUE & DILIGENT SEARCH**:   $ _____.00   No service was made   TOTAL   $_____.00
because when constable arrived at said address he discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

| Suvalle, Jodrey & Associates | One Devonshire Place | Telephone # (617) 720-5733 |
|---|---|---|
| Massachusetts Constables since 1925 | Boston, MA 02109 | Fax # (617) 720-5737 |