AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

General Electric Capital Corp.
vs.
HBA Cast Products Co., Inc.

Limited **APPEARANCE**

Case Number: 03-CV-30282-MAP

To the Clerk of this court and all parties of record:

Enter my Limited appearance as counsel in this case for

HBA Cast Products Co., Inc.

I certify that I am admitted to practice in this court.

Date: 12/29/03

Signature: J.B. Coll

Print Name: Joseph B. Collins

Address: Hendel + Collins P.C.

City: 101 State St

State/Zip: Spfld., MA 01103

Phone Number: (413) 734-6411 ; Fax: (413) 734-8017