UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION,<br><br>Plaintiff,<br>v.<br><br>HBA CAST PRODUCTS CO., INC.,<br><br>Defendant. | Civil Action No. 03-CV-30282-MAP |

## **ORDER**

On Motion of plaintiff General Electric Capital Corporation ("GE Capital"), after notice and hearing held on December 29, 2003, it is hereby

ORDERED THAT, pursuant to Rule 64, Fed.R.Civ.P., and Rule 4.1, Mass.R.Civ.P., the Court approves the attachment of all real property of defendant HBA Cast Products Co., Inc., located in the County of Hampden, Massachusetts, to the value of $793,775.73 in favor of GE Capital;

ORDERED THAT, pursuant to Rule 64, Fed.R.Civ.P., and Rule 4.1, Mass.R.Civ.P., the Court approves the attachment of the real property of defendant HBA Cast Products Co., Inc., located at 262 Liberty Street, Springfield, Hampden County, Massachusetts, to the value of $793,775.73 in favor of GE Capital;

ORDERED THAT, pursuant to Rule 64, Fed.R.Civ.P., and Rule 4.1, Mass.R.Civ.P., the Court approves the attachment of all personal property of defendant HBA Cast Products Co., Inc. located at 262 Liberty Street, Springfield, Hampden County, Massachusetts, to the value of $793,775.73, in favor of GE Capital; and

ORDERED THAT, plaintiff's motions for trustee process attachments and a preliminary injunction are continued until January 8, 2004, at 3:30 pm.

The Clerk is directed to execute and issue such writs of attachment as are necessary to effectuate the above ordered attachments.

SO ORDERED,

*[signature]*
Hon. Michael A. Ponsor
United States District Court

## CERTIFICATE OF SERVICE

I, Steven J. Buttacavoli, hereby certify that I served a copy of the foregoing document on counsel of record for each other party by first-class mail, postage prepaid, on December 29, 2003.

_____
Steven J. Buttacavoli