UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION,<br><br>　　　　Plaintiff,<br>v.<br><br>HBA CAST PRODUCTS CO., INC.,<br><br>　　　　Defendant | )<br>)<br>)　Civil Action No. 03-CV-30282-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ASSENTED-TO MOTION TO CONTINUE HEARING

Plaintiff General Electric Capital Corporation and defendant HBA Cast Products Co., Inc. hereby request a continuance of the status conference scheduled for today, January 8, 2004 at 3:30 p.m. on plaintiff's motions for trustee process attachments and a preliminary injunction.

The parties request that the Court continue this hearing for a date on or after January 22, 2004 to permit the parties to continue their efforts to negotiate the settlement of this matter.

Dated: January 8, 2004

| Respectfully Submitted, | Assented to: |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION | HBA CAST PRODUCTS CO, INC. |
| By its attorneys, | By its attorney, |
| /s/ Steven J. Buttacavoli | /s/ Joseph B. Collins |
| C. Dylan Sanders (BBO # 630668)<br>Steven J. Buttacavoli (BBO# 651440)<br>PIPER RUDNICK LLP<br>One International Place, 21st Floor<br>Boston, MA 02110<br>(617) 406-6000 | Joseph B. Collins (BBO # 092660)<br>HENDEL & COLLINS, P.C.<br>101 State Street<br>Springfield, MA 01103<br>(413) 734-6411 |

## CERTIFICATE OF SERVICE

I, Steven J. Buttacavoli, hereby certify that I have this 8th day of January, 2004, served a copy of the foregoing by first-class mail, postage prepaid, to Joseph B. Collins, Esq., counsel of record for defendant HBA Cast Products Co, Inc.

## RULE 7.1 CERTIFICATE

I, Steven J. Buttacavoli, hereby certify that the parties have conferred and agreed to the filing of this assented-to motion.

/s/ Steven J. Buttacavoli
_____
Steven J. Buttacavoli