# Piper Rudnick

One International Place, 21st Floor
Boston, Massachusetts 02110-2600
main 617.406.6000  fax 617.406.6100

STEVEN J. BUTTACAVOLI
steven.buttacavoli@piperrudnick.com
direct 617.406.6038  fax 617.406.6138

January 27, 2004

Civil Clerk's Office
United States District Court
  Attn: John Stuckenbruck
1550 Main Street
Springfield, MA 01103

Re: General Electric Capital Corporation v. HBA Cast Products Co., Inc. (No. 03-30282-MAP) – Request for Entry of Default

Dear Mr. Stuckenbruck:

I am writing to request an entry of default by the defendant HBA Cast Products Co., Inc. ("HBA") in the above-captioned matter.

HBA was served with a summons and the Verified Complaint on December 9, 2003. The return of service is on file with this court. More than twenty days have elapsed since the date of service, and HBA has failed to answer or otherwise defend in this case.

I am informed, based on conversations with representatives of HBA, that HBA does not intend to file an answer or otherwise respond to the Verified Complaint.

Thank you for your attention to this matter.

Sincerely,

Steven J. Buttacavoli

cc: Joseph B. Collins, Esq.
    HBA Cast Products Co., Inc.

~BOST1:293181.v1
*Piper Rudnick LLP*