UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **General Electric Capital Corporation** <br> **Plaintiff** <br><br> V. <br><br> **HBA Cast Products Co., Inc** <br> **Defendant** | **CIVIL ACTION** <br><br> **NO. 3:03-CV-30282-MAP** |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **General Electric Capital Corporation**

for an order of Default for failure of the Defendant, **HBA Cast Products Co., Inc**

to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure,

notice is hereby given that the Defendant has been defaulted this **28** day of **January**, 2004.

Tony Anastas, Clerk

By: /s/ Maurice G. Lindsay
**Maurice G. Lindsay, Deputy Clerk**

Notice mailed to:

Counsel of record for the Plaintiff and Defendant