AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

### DISTRICT OF MASSACHUSETTS

GENERAL ELECTRIC CAPITAL CORPORATION
Plaintiff,

V.

HBA CAST PRODUCTS CO., INC.,
Defendant,

**DEFAULT JUDGMENT IN A CIVIL CASE**

NUMBER:   3:03-cv-30282-MAP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

DEFAULT JUDGMENT entered for the plaintiff General Electric Capital Corporation in the amount of $814,749.86, against the defendant HBA Cast Products Co., Inc., pursuant to the endorsed order entered this date, granting the plaintiff's motion for judgment by default.

3-17-04
Date

TONY ANASTAS
Clerk

This form was electronically produced by Elite Federal Forms, Inc.

*(signature)*
(By) Deputy Clerk